IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD K. JOHNSON, #03823-007 | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. RWT-07-800 |
| LISA HOLLINGSWORTH, Warden | : | |
| and | : | |
| U.S. PAROLE COMMISSION | : | |
| Respondent | : | |
| | : | |

oo000oo

**MEMORANDUM OPINION**

Before the Court is a *pro se* Petition for Wit of Habeas Corpus filed pursuant to 28 U.S.C. §2241 by Donald K. Johnson. Johnson is a D.C. Code offender and an inmate at the Federal Correctional Institution ("FCI") located in Allenwood, Pennsylvania. His petition challenges his confinement and the lodging of a detainer against him.[1]

Counsel for Respondents has filed separate responses on behalf of Defendants Lisa Hollingsworth, Warden, FCI Cumberland, and the U.S. Parole Commission . In reply, Petitioner requests dismissal of the Petition without prejudice so that he can exhaust his administrative remedies.

Because Johnson is now in the custody of the Warden at the FCI in Allenwood, a facility located in the judicial district of the United States District Court for the Middle District of Pennsylvania, the court deems it appropriate to transfer this matter to that district. See Braden v. 30th Judicial Circuit, 410 U.S. 484, 495-500 (1973).

---

[1] At the time Petitioner filed this action he was confined at F.C.I. Cumberland, Maryland. The detainer remains lodged against Petitioner at F.C.I. Allenwood.

Accordingly, this matter will be transferred to the Middle District of Pennslyvania for all proceedings that may be appropriate. A separate order follows.

Date: 7/5/07

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE